## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES ) | |
| PRACTICES AND PRODUCTS LIABILITY ) | MDL No. 2100 |
| LITIGATION ) | |

**This Document Relates To:**

| | |
|---|---|
| *Carla Phillips v. Bayer Corporation et al* | No. 11-cv-12261-DRH |
| *Lori Ann Pierce et al v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11831-DRH |
| *Kristy Protsman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12792-DRH |
| *Gladys Quinonez v. Bayer Corporation et al* | No. 10-cv-10976-DRH |
| *Lola F. Ramey v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-12290-DRH |
| *Jennifer Ramos v. Bayer Corporation et al* | No. 09-cv-10201-DRH |
| *Karen H. Reed v. Bayer Corporation et al* | No. 12-cv-10478-DRH |
| *Kashetta Reffitt v. Bayer Corporation et al* | No. 10-cv-10017-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 6, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:   /s/*Caitlin Fischer***
**Deputy Clerk**

**Dated:**  August 6, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.06
15:24:07 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**